# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201600281

_____

### UNITED STATES OF AMERICA
Appellee

v.

### ANTHONY D. DELAGARZA
Lance Corporal (E-3), United States Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Zimmerman, USMC.
For Appellant: Major Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 September 2016

_____

Before CAMPBELL, RUGH and HUTCHISON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court